BEFORE THE SECOND DIVISION, FEBRUARY 1, 1968

**No. P68/38.**—Tempo Products Corp. *v.* United States, protest 65/4966 (New York).

LANDIS, J.   In accordance with stipulation of counsel that the items of merchandise marked "A" consist of padlocks not over 1½ inches in width and that the items of merchandise marked "B" consist of padlocks over 1½ inches but not over 2½ inches in width, said items marked "A" and "B" being similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiff was sustained.